■ In the Matter of Roy K. Lester, Appellant, v. Commissioners of the Board of Elections of Suffolk County and Francis R. Smith, Respondents.

In our opinion, the nominating petition substantially complies with the provisions of section 138 of the Election Law. Nolan, P. J., Beldock, Christ and Brennan, JJ., concur; Pette, J., dissents and votes to affirm the order on the ground that there was no substantial compliance with the requirements of the Election Law, and on the further ground that no proof was adduced in order to establish such compliance even though the opportunity to adduce the proof was given.

(October 23, 1961)

■ Abel Banov, Respondent, v. Theodore Dubin, Appellant, et al., Defendants.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ Sidney Blumenberg, Respondent, v. Archibald Neubecker, Appellant.

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ Josephine Cannon et al., Appellants, v. Maximillian R. Pfleider et al., Respondents.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ County of Suffolk, Appellant, v. John A. Britting et al., Defendants, and Randolph Cowan, Respondent.— Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.